UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TREVOR MCLAIN, | § | |
| ID # 13049894, | § | |
| Plaintiff, | § | |
| vs. | § | No. 3:13-CV-3449-B |
| | § | |
| OFFICER RICHARD STEWART, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 21st day of October, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE